### HOLMES v. FEIST.

(City Court of New York, General Term. January 29, 1901.)

LANDLORD AND TENANT—PREMISES—REPAIRS.

A landlord who undertakes to put a new roof on a demised building is bound to exercise reasonable care to prevent damage to the tenant's property by rain.

Appeal from trial term.

Action by Anna Holmes against Simon Feist. From a judgment for plaintiff and an order denying a new trial, defendant appeals. Affirmed.

Argued before McCARTHY and SCHUCHMAN, JJ.

Howe & Hummel, for appellant.
John M. Lathrop, for respondent.

PER CURIAM. The plaintiff, a tenant, sued her landlord, the defendant, for damages occasioned to her household furniture, etc., by rain coming in her top flat while a new roof was being put on. The questions raised by the appellant on this appeal have been disposed of by the appellate term in an action brought against him by another of his tenants, to wit, Randolph v. Feist (the defendant), reported in 23 Misc. Rep. 650, 52 N. Y. Supp. 109. The plaintiff sued for $450, and recovered $150. We think the evidence justified a recovery to that extent.

Judgment and order appealed from affirmed, with costs.